An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIA SAWCUP FRENCH,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67097

FILED

JAN 15 2015



*ORDER DENYING PETITION*

This is an original petition for a writ of habeas corpus. Petitioner challenges the validity of her judgment of conviction and sentence and seeks to remove her case to federal court. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

15-01622

cc: Julia Sawcup French
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk